# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEE FORTKAMP, CHARLYNN HAMILTON, JAMES HOWARD, JIMMIE HOWARD, DEAN HOWARD, and FRANCIS PERLINGER,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | 7:05CV5015 |
| **E. I. DUPONT DE NEMOURS AND COMPANY, PIONEER HI-BRED INTERNATIONAL, and MONSANTO COMPANY,** | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) ) | |

The parties have filed a joint motion (#20) for enlargement of time to comply with the court's requirements that out-of-state counsel seek admission to membership in the bar of the U.S. District Court for the District of Nebraska and register for the court's CM/ECF System because the defendants' unopposed motion to transfer the case to the Eastern District of Missouri remains pending.

Although it hardly seems unreasonable or oppressive to require attorneys who file cases in this district to gain admittance to practice and follow the local rules of court, I find that this motion should be granted on the conditions that (a) local counsel serve all documents, notices of electronic filing, and the like to all co-counsel of record who do not register for the CM/ECF System and (b) local counsel assume full authority to act for and on behalf of the clients in all matters while this case remains pending in the District of Nebraska.  *See* NEGenR 1.7(i).

**IT IS ORDERED** that the motion (#20) is conditionally granted, as follows:

1. The obligation of the following attorneys to (a) register for the CM/ECF System, (b) to register for admittance to practice in the District of Nebraska, and (c) to pay the annual assessment is hereby suspended until **fifteen (15) days** after the court rules on the pending Motion to Transfer:

| | |
|---|---|
| **Judith Bernstein-Gaeta** | **Michael S. Farkas** |
| **Anthony Franze** | **Diogenes P. Kekatos** |
| **Robert Weiner** | **Stephen A. Weiss** |
| Arnold, Porter Law Firm - Washington | Seeger, Weiss Law Firm |
| 555 12th Street, N.W. | One William Street |
| Washington, DC 20004-1202 | New York, NY 10004 |
| | |
| **James P. Denvir** | **Jennifer Sclar** |
| **Scott E. Gant** | **David A.P. Brower** |
| **Amy J. Mauser** | Milberg, Weiss Law Firm - New York |
| Boies, Schiller Law Firm | One Pennsylvania Plaza, 49th Floor |
| 5301 Wisconsin Avenue, N.W., Suite 800 | New York, NY 10119-0165 |
| Washington, DC 20015 | |

**Adam J. Levitt**
Wolf, Haldenstein Law Firm - Illinois
55 West Monroe Street, Suite 1111
Chicago, IL 60603

If the case is transferred to another district or remanded to state court, the attorneys will not be required to register.

    2.  Local Counsel, i.e., **William R. Johnson, V. Gene Summerlin, Jr., and Martin J. Troshynski,** shall serve all documents, notices of electronic filing, and the like to all co-counsel of record who do not register for the CM/ECF System.  **The Clerk of the Court shall not be required or expected to mail any notice copies to counsel who fail to register for the CM/ECF System.**

    3.  Local Counsel, i.e., **William R. Johnson, V. Gene Summerlin, Jr., and Martin J. Troshynski**, are deemed to have assumed full authority to act for and on behalf of their clients in all matters while this case remains pending in the District of Nebraska.

    **DATED August 10, 2005.**

                      **BY THE COURT:**

                        **s/ F.A. Gossett**
                        **United States Magistrate Judge**